■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT EDWARDS, Appellant. [890 NYS2d 887]—An appeal having been taken to this Court by the above-named appellant from a judgment of resentence of the Supreme Court, Bronx County (Robert Holdman, J.), rendered on or about April 13, 2009, and said appeal having been argued by counsel for the respective parties; and due deliberation having been had thereon, it is unanimously ordered that the judgment so appealed from be

and the same is hereby affirmed. Concur—Mazzarelli, J.P., Nardelli, Catterson, DeGrasse and Roman, JJ.